In the Matter of the Application of JENNIE GRODMAN, JOSEPH KORNICHUK, PHILIP AUSTIN, CELIA GLADSTONE, FRANK TEPEDINO and CARMELO TEPEDINO, Appellants, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals the of City of New York, and DALESON REALTY CORPORATION, Intervenor, Respondents.— Order confirming determination of board of standards and appeals unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

In the Matter of the Petition of WILEY G. OVERTON and LOTTIE GREEN to Render and Settle Their Account as Administrators, etc., of HANNAH E. TAYLOR, Deceased. WILEY G. OVERTON, Appellant; FREDERICK H. CHASE and FRANCIS P. GILBERT, Respondents.— Order of the Surrogate's Court of Kings county reversed upon the law and the facts, without costs, and motion to punish appellant denied, without costs. Appellant committed no contempt of the decree of October 23, 1923. The mandate alleged to have been disobeyed by appellant was not directed to him. The decree provided " that the proceeds of said sale be paid by the purchaser to the Brooklyn Trust Company, Bedford Branch, to the credit of said administrator and administratrix, subject to the further order of this court." The proceeds of the sale were not paid to appellant. He was not present when they were paid. He was not guilty of any willful misconduct in connection with the matter. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

AMELIA KAHLER, Respondent, v. WILLIAM T. H. KAHLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ANTHONY LACQUA, Appellant, v. GENERAL LINEN SUPPLY & LAUNDRY Co., INC., Respondent.— Order setting aside verdict, granting new trial and vacating order of preference modified by striking therefrom the provision vacating the order of preference granted on April 4, 1928, and as so modified unanimously affirmed, with ten dollars costs and disbursements to appellant. The trial court was without power to vacate the order of preference granted under section 141, subdivision 3, of the Civil Practice Act by a justice of co-ordinate jurisdiction. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

MEYER N. LEIBOWITZ and SAMUEL RUTTENBERG, Respondents, v. LOUIS DUSHIN, IDA DUSHIN, His Wife, Appellants, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Orders and judgment unanimously affirmed, with costs, with leave to appellants to plead over within twenty days on payment of said costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.